UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PAUL MARTINEZ-BEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:12-CV-4986-G (BH) |
| BANK OF AMERICA, N.A., AS ) | |
| SERVICING AGENT FOR WELLS ) | |
| FARGO BANK, N.A., AS TRUSTEE FOR ) | |
| THE CERTIFICATE HOLDERS OF ) | |
| BANC OF AMERICA ALTERNATIVE ) | |
| LOAN TRUST 2001-11 MORTGAGE ) | |
| PASS-THROUGH CERTIFICATES ) | |
| SERIES 2004-11, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the

magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Plaintiff's federal complaint for violations, filed December 5, 2012 (docket entry 3) is **DISMISSED** pursuant to 28 U.S.C. § 1915 (e)(2)(B)(ii) for failure to state a claim upon which relief may be granted. By separate judgment, all of his claims against defendants will be dismissed with prejudice.

**SO ORDERED**.

June 18, 2013.

*/s/ A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**